UNITED STATES BANKRUPTCY COURT

FOR THE

EASTERN DISTRICT OF VIRGINIA
Alexandria Division

In the Matter of:

JAMES L REED

Debtor

Chapter 13

Case No. 18-10778-BFK

### MOTION TO DISMISS, NOTICE OF MOTION TO DISMISS AND NOTICE OF SCHEDULED HEARING ON THIS MOTION

Thomas P. Gorman, Chapter 13 Trustee, has filed this motion to dismiss your Chapter 13 case. The cause for this motion is as follows:

**Pursuant to 11 U.S.C. §1307(c)(6)** - Material default by Debtor as is reflected in the attached Trustee's Report of Receipts and Disbursements.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not wish the court to grant the relief sought in the motion, or if you want the court to consider your views on the motion, then on or before five business days prior to the hearing date, you or your attorney must:

File with the court a written response with supporting memorandum as required by Local Bankruptcy Rule 9013-1(H). Unless a written response and supporting memorandum are filed and served by the date specified, the Court may deem any opposition waived, treat the motion as conceded, and issue an order granting the requested relief without further notice or hearing. If you mail your response to the court for filing, you must mail it early enough so the court will receive it on or before five business days prior to the scheduled hearing. You must mail a copy to the persons listed below.

**Notice and Motion to Dismiss**
James L Reed, Case #18-10778-BFK

***Attend the hearing to be held on October 18, 2018 at 1:30 p.m. in Courtroom #1 on the 2nd floor, United States Bankruptcy Court, 200 South Washington Street, Alexandria, VA 22314.*** If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing.

A copy of any written response must be mailed to the following persons:

    Thomas P. Gorman
    300 North Washington Street, Ste. 400
    Alexandria, VA 22314

    Clerk of the Court
    United States Bankruptcy Court
    200 South Washington Street
    Alexandria, VA 22314

If you or your attorney do not take steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

Date: __October 3, 2018_____        __/s/ Thomas P. Gorman_____
                                                                   Thomas P. Gorman
                                                                   Chapter 13 Trustee
                                                                   300 N. Washington Street, #400
                                                                   Alexandria, VA 22314
                                                                   (703) 836-2226
                                                                   VSB 26421

## CERTIFICATE OF SERVICE

I hereby certify that I have this 3RD day of October, 2018, served via ECF to authorized users or mailed a true copy of the foregoing Motion to Dismiss, Notice of Motion and Notice of Hearing to the following parties.

James L Reed                                          Eamonn B Foster, Esq.
Chapter 13 Debtor                               Attorney for Debtor
2098 Powells Landing Circle            Woehrle Dahlberg Jones Yao, PLLC
Woodbridge, VA 22191                      1900 East Parham Road
                                                        Richmond, VA 23228

                                                            ___/s/ Thomas P. Gorman_____
                                                            Thomas P. Gorman

Thomas P. Gorman, Standing Chapter 13 Trustee
INTERIM STATEMENT AS OF 10/03/2018

CASE NO: 18-10778-BFK
STATUS: ACTIVE

DEBTOR: XXX-XX-6814
REED, JAMES L
AKA:
2098 POWELLS LANDING CIRCLE
WOODBRIDGE, VA 22191

DATE FILED: 03/06/2018
CONFIRMED:
LATEST 341: 04/03/2018
PERCENTAGE: 100.000
PLAN: 60 MONTHS
1st PAYMENT DUE: 04/2018
ON SCHEDULE: 6,911.14
ACTUAL PAYMENTS: 5,116.62
AMOUNT BEHIND: 1,794.52

ATTORNEY: EAMONN B FOSTER, ESQ.
WOEHRLE DAHLBERG JONES YAO, PLLC
1900 EAST PARHAM ROAD
RICHMOND, VA 23228
Phone:804 261-2694 Fax: 804 553-0784

SCHEDULE: 897.26 MONTHLY
TOTAL PAID: 5,116.62

LAST 12 TRANSACTIONS

| Date | Source | Amount |
|---|---|---|
| 08/13/18 | PC | 898.26 |
| 07/02/18 | PC | 871.26 |
| 06/04/18 | PC | 1,115.70 |
| 05/07/18 | PC | 1,115.70 |
| 04/06/18 | PC | 1,115.70 |

## DIRECT PAY

| CLAIM | CRED NO | CREDITOR NAME | DISB CODE | CLASS | ARREARS | FIXED PAYMENT | SCHED AMOUNT | PAID BY TRUSTEE | BALANCE DUE | CLAIM STATUS |
|---|---|---|---|---|---|---|---|---|---|---|
| 004 | 335584 | M&T BANK | PRO | SEC | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | DIRECT |

## PLAN AND FILED CLAIMS

| CLAIM NO | CRED NO | CREDITOR NAME / CLAIM REMARK | DISB CODE / LAST DISB | CLASS / PAY% | INT. BEGIN / INT. RATE | FIX PAY / ARREARS | ORG. CLAIM / SCHED AMT | APPROVED TO BE PAID | PRIN. PAID / INT. PAID | PRIN. DUE / INT. DUE |
|---|---|---|---|---|---|---|---|---|---|---|
| 001 | 344429 | PENNYMAC LOAN SERVICES LLC | FIX | SEC 100.00 | | 54.65 327.90 | 3,279.15 3,279.15 | 3,279.15 3,279.15 | 0.00 0.00 | 3,279.15 0.00 |
| 002 | 340080 | PNC BANK, NATIONAL ASSOCIATION TBS-R/S ORD EOD 9/7/18 | PRO-I | UNS 100.00 | | 0.00 0.00 | 680,620.73 0.00 | 0.00 0.00 | 0.00 0.00 | Closed |
| 003 | 345408 | BANK OF AMERICA TBS | PRO-I | UNS 100.00 | | 0.00 0.00 | 0.00 0.00 | 0.00 0.00 | 0.00 0.00 | Closed |
| 005 | 324372 | PNC BANK, NATIONAL ASSOC. | FIX | SEC 100.00 | | 511.46 0.00 | 511.46 511.46 | 511.46 511.46 | 0.00 0.00 | 511.46 0.00 |
| 006 | 321355 | CAPITAL ONE BANK USA NA | PRO | UNS 100.00 | | 0.00 0.00 | 0.00 3,046.00 | 0.00 0.00 | 0.00 0.00 | Not Filed |
| 007 | 345760 | CITIBANK/HOME DEPOT | PRO | UNS 100.00 | | 0.00 0.00 | 0.00 6,174.00 | 0.00 0.00 | 0.00 0.00 | Not Filed |
| 008 | 315821 | ENERBANK USA | PRO | UNS 100.00 | | 0.00 0.00 | 6,253.79 6,376.00 | 6,253.79 6,253.79 | 0.00 0.00 | 6,253.79 0.00 |
| 009 | 337902 | ARMY & AIR FORCE EXCHANGE SERVIC | PRO | UNS 100.00 | | 0.00 0.00 | 7,486.16 7,698.00 | 7,486.16 7,486.16 | 0.00 0.00 | 7,486.16 0.00 |
| 010 | 344245 | WELLS FARGO BANK NA APP | FIX | SEC 100.00 | 03/06/2018 6.0000 | 23.43 164.01 | 1,212.04 1,212.00 | 1,212.04 1,212.04 | 0.00 0.00 | 1,212.04 47.50 |
| 011 | 335940 | QUANTUM3 GROUP LLC | PRO | UNS 100.00 | | 0.00 0.00 | 5,002.36 5,002.00 | 5,002.36 5,002.36 | 0.00 0.00 | 5,002.36 0.00 |
| 012 | 335940 | QUANTUM3 GROUP LLC | PRO | UNS 100.00 | | 0.00 0.00 | 1,450.96 1,450.96 | 1,450.96 1,450.96 | 0.00 0.00 | 1,450.96 0.00 |
| 013 | 335940 | QUANTUM3 GROUP LLC | PRO | UNS 100.00 | | 0.00 0.00 | 2,959.40 2,959.00 | 2,959.40 2,959.40 | 0.00 0.00 | 2,959.40 0.00 |
| 014 | 341341 | JC PENNEY | PRO | UNS 100.00 | | 0.00 0.00 | 0.00 4,692.00 | 0.00 0.00 | 0.00 0.00 | Not Filed |
| 015 | 335940 | QUANTUM3 GROUP LLC | PRO | UNS 100.00 | | 0.00 0.00 | 16,332.35 16,274.00 | 16,332.35 16,332.35 | 0.00 0.00 | 16,332.35 0.00 |
| 016 | 326308 | NCO FINANCIAL SYSTEMS, INC MACYS | PRO | UNS 100.00 | | 0.00 0.00 | 0.00 208.00 | 0.00 0.00 | 0.00 0.00 | Not Filed |
| 017 | 344245 | WELLS FARGO BANK NA | PRO | UNS 100.00 | | 0.00 0.00 | 1,256.02 1,142.00 | 1,256.02 1,256.02 | 0.00 0.00 | 1,256.02 0.00 |
| 018 | 346085 | VERIZON BY AMERICAN INFOSOURCE L UNLISTED | PRO-A | UNS 100.00 | | 0.00 0.00 | 103.71 0.00 | 103.71 103.71 | 0.00 0.00 | 103.71 0.00 |

** Creditor has not filed a Proof of Claim. Accumulated funds will be released to other creditors if no claim is filed with the U.S. Bankruptcy Court by the date of the scheduled Chapter 13 Review Meeting.

Claims with an A code in the DISB/CODE column are placed on hold and need to be resolved.  NO disbursements are being made to the creditor.

This is a progress report only and should not be used to calculate a payoff.                                                                                    Case Maintenance 10.5

Thomas P. Gorman, Standing Chapter 13 Trustee
INTERIM STATEMENT AS OF 10/03/2018

CASE NO: 18-10778-BFK
STATUS: ACTIVE

DEBTOR: XXX-XX-6814
REED, JAMES L                                           SCHEDULE:    897.26 MONTHLY

PLAN AND FILED CLAIMS

| CLAIM NO | CRED NO | CREDITOR NAME / CLAIM REMARK | DISB CODE / LAST DISB | CLASS / PAY% | INT. BEGIN INT. RATE | FIX PAY ARREARS | ORG. CLAIM SCHED AMT | APPROVED TO BE PAID | PRIN. PAID INT. PAID | PRIN. DUE INT. DUE |
|---|---|---|---|---|---|---|---|---|---|---|
| 799 | FOSTER | EAMONN B FOSTER, ESQ. ORD SUBS COUNSEL EOD 7/20/18 | PRO | ATY 100.00 | | 0.00 0.00 | 4,000.00 4,000.00 | 3,500.00 3,500.00 | 0.00 0.00 | 3,500.00 0.00 |
| | | Trustee Administrative Fees | | | | | | 363.21 | 363.21 | |
| | | | | | TOTALS: | 589.54 491.91 | 49,847.40 64,024.57 | 49,710.61 49,710.61 | 363.21 0.00 | 49,347.40 47.50 |

|                      | ADMIN | ATTORNEY | PRIORITY | SECURED  | UNSECURED | OTHER |                   |           |
|----------------------|-------|----------|----------|----------|-----------|-------|-------------------|-----------|
| SCHED AMOUNT:        | 0.00  | 4,000.00 | 0.00     | 5,002.61 | 55,021.96 | 0.00  |                   |           |
| CLAIM AMOUNT:        | 0.00  | 3,500.00 | 0.00     | 5,002.65 | 40,844.75 | 0.00  |                   |           |
| PAID BY TRUSTEE:     | 0.00  | 0.00     | 0.00     | 0.00     | 0.00      | 0.00  |                   |           |
| PAID BY 3rd PARTY:   | 0.00  | 0.00     | 0.00     | 0.00     | 0.00      | 0.00  |                   |           |
| SUB TOTAL:           | 0.00  | 3,500.00 | 0.00     | 5,002.65 | 40,844.75 | 0.00  | DUE CREDITORS:    | 49,394.90 |
| INTEREST DUE:        | 0.00  | 0.00     | 0.00     | 47.50    | 0.00      | 0.00  | EXPECTED ADMIN:   | 3,360.11  |
| CONTINUING:          | 0.00  | 0.00     | 0.00     | 0.00     | 0.00      | 0.00  | LESS AVAILABLE:   | 4,753.41  |
| BALANCE DUE:         | 0.00  | 3,500.00 | 0.00     | 5,050.15 | 40,844.75 | 0.00  | APPROX BALANCE:   | 48,001.60 |

** Creditor has not filed a Proof of Claim. Accumulated funds will be released to other creditors if no claim is filed with the U.S. Bankruptcy Court by the date of the scheduled Chapter 13 Review Meeting.
Claims with an A code in the DISB/CODE column are placed on hold and need to be resolved.  NO disbursements are being made to the creditor.
This is a progress report only and should not be used to calculate a payoff.                                                Case Maintenance 10.5