## UNITED STATES BANKRUPTCY COURT

## FOR THE

## EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

In the Matter of:

JAMES L REED

Debtor

Chapter 13

Case No. 18-10778-BFK

## WITHDRAWAL

     I ask that the Clerk of the United States Bankruptcy Court for the Eastern District of Virginia, Alexandria Division to please withdraw Trustee's Motion to Dismiss filed with this Court on the above captioned matter and scheduled for hearing on December 6, 2018.

_November 15, 2018_____       _/s/ Thomas P. Gorman _____
Dated      Thomas P. Gorman
     Chapter 13 Trustee
     300 N. Washington Street, #400
     Alexandria, VA  22314
     (703) 836-2226
     VSB #26421

## CERTIFICATE OF SERVICE

I hereby certify that I have this 15th day of November, 2018 served via ECF to authorized users or mailed a true copy of the foregoing Withdrawal to the following parties.

     Eamonn B Foster, Esq.
     Attorney for Debtor
     Woehrle Dahlberg Jones Yao, PLLC
     1900 East Parham Road
     Richmond, VA 23228

     ___/s/ Thomas P. Gorman _____
     Thomas P. Gorman